# Court of Appeals
# of the State of Georgia

ATLANTA, September 18, 2013

*The Court of Appeals hereby passes the following order:*

**A13A2326.  JAMES H. HICKS v. LISA MARIE HOLT.**

This case was docketed by this court on August 2, 2013, and appellant's brief and enumerations of error were due August 22, 2013. On September 5, 2013, Appellant filed an untimely Motion for An Extension of Time to File Appellant Brief and an untimely Brief of Appellant.  Accordingly, as neither the Motion for Extension of Time, nor the Brief of Appellant were timely, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 09/18/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*